# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐   Misdemeanor ☑   Felony ☐   USAO No.: _____   Case No.: CR-25-354-SM

Charging Document: **Information**   No. of Defendants: 1   Total No. of Counts: 1   Sealed: Y ☐

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☐   Summons ☐   Notice ☑ N ☑

Companion Case No. (if any): _____

By: mh

### DEFENDANT INFORMATION:

Name: **Julio Giron-Ramirez**

Alias(es):

Address:

FBI No.:

DOB: 1999   SSN:   Race: Hispanic   Interpreter: Y ☑   N ☐

Sex: M ☑   F ☐   Juvenile: Y ☐ N ☑   Language/Dialect: Spanish

### DEFENDANT STATUS/RECOMMENDATION:

☐ Not in Custody   ☑ Detention Requested
☐ Type of Bond: _____
☑ In Custody at: Grady County
Inmate/Prisoner/Register No.: 01447-512

### PRIOR MAGISTRATE JUDGE PROCEEDINGS:

Complaint: Y ☐   N ☑

Magistrate Judge Case No.: MJ-

Previously Detained: Y ☐   N ☑

### ATTORNEY/AGENCY INFORMATION:

☑ Public Defender   ☐ CJA Panel   ☐ Retained

Name: JP Hill
Address:
Phone:

AUSA: Brandon Hale
Agent/Agency: HSI
Local Officer/Agency:

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 8 U.S.C. § 1325(a)(2) | Eluding Examination and Inspection by Immigration Officers | NMT 6 months imprisonment, $5,000 fine, o/b; $100 special assessment. |

Signature of AUSA: s/Brandon Hale   Date: 09/04/2025